**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TIMOTHY TYRONE ROCKWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-07-330-R |
| ) | |
| DAVID PARKER, Warden, et al., ) | |
| ) | |
| Respondents ) | |

**ORDER**

Petitioner, a state prisoner appearing pro se, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)( B), this matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On June 19, 2007, Judge Bacharach issued a Report and Recommendation, wherein he recommended that the Attorney General be dismissed as a Respondent in this action. The record reflects that Petitioner has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and the Attorney General shall be dismissed from this action.

IT IS SO ORDERED this 17th day of August 2007.

_DAVID L. RUSSELL_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE